1   **WO**

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )    08-7088M
                                         )
10              Plaintiff,                )    **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    Antonio Gamez-Ponce,                 )
13  a.k.a. Edgar Renovato,               )
    a.k.a. Antonio Ponce Gamez,          )
14                                       )
                Defendant.               )
15  _____   )

16

17        This Court has received and considered defense counsel's Motion to Withdraw as

18  Attorney of Record.  (docket #6)

19        **IT IS ORDERED denying** without prejudice defense counsel's Motion for failure to

20  comply with Local Rule 83.3(b)(2), LRCiv and Local Rule 57.14, LRCrim, Rules of Practice,

21  effective December 1, 2007.

22        DATED this 31st day of March, 2008.

23

24                                   _____
                                            Lawrence O. Anderson
25                                        United States Magistrate Judge

26

27

28